# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

KERMITT BERNHART

VERSUS

TIM HOOPER, ET AL.

CIVIL ACTION

17-1165-SDD-RLB

## RULING AND JUDGMENT OF DISMISSAL

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 27, 2018 to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Court declines to exercise supplemental jurisdiction over any potential state law claims, and Plaintiff's action is dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana the 2 day of July, 2018.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 4.